# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America ) | |
| v. ) | **SEALED** |
| ) | Case No. |
| ) | 1:23-mj-403-MJD |
| Austin Ryan Lauless ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   July 2021 - September 2022   in the county of   Boone   in the
  Southern   District of   Indiana  , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2422(b); and 2251(a) | Coercion and Enticement of a Minor; and Sexual Exploitation of a Minor |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Darin Odier
*Complainant's signature*

TFO Darin Odier, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by
  telephone    *(reliable electronic means)*

Date: May 18, 2023

City and state:   Indianapolis, IN

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Darin Odier, being duly sworn, hereby depose and state as follows:

1. **Affiant**: I am a Detective in the Internet Crimes Against Children Unit ("ICAC") of the Indianapolis Metropolitan Police Department. I am also a cross-designated Task Force Officer assigned to the Federal Bureau of Investigation ("FBI"), within the Indianapolis Child Exploitation Task Force.

2. **Experience**: I have more than 34 years of law enforcement experience. I have investigated State and Federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have written hundreds of search warrants involving internet crimes against children cases and participated in their execution.

3. **Training**: I have attended and presented at the National Crimes Against Children Conference multiple times and attended numerous classes related to investigating the online sexual exploitation of children. I am also a member of the Indiana Internet Crimes Against Children Task Force, which includes numerous federal, state, and local law enforcement agencies. I am currently assigned to operate in an undercover capacity on the Internet to identify and investigate persons attempting to exploit or solicit sexual acts with children or trafficking in child pornography. As a Task Force Officer, I am authorized to investigate violations of the laws of the State of Indiana and of the United States and to execute warrants issued under the authority of the State of Indiana and of the United States.

4. **Information provided**: The statements in this affidavit are based on information obtained from my observations and communications, as well as information learned from other law enforcement officers and witnesses. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant and criminal complaint, I have not included each and every fact known to the investigators concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that **Austin Ryan Lauless ("Lauless")** has committed a criminal offense.

5. **Probable Cause:** For the reasons listed below, there is probable cause to believe that **Austin Ryan Lauless** DOB xx-xx-1994 (known to affiant, but redacted) has committed the following offense in the Southern District of Indiana and elsewhere:

A. **Count 1 : Coercion and Enticement of a Minor: 18 U.S.C. § 2422(b):**

Between on or between July 2021, and on or about September 2022, within the Southern District of Indiana, and elsewhere, **Austin Ryan Lauless** did use the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States to knowingly persuade, induce, entice, or coerce Minor Victim 1 who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely, Indiana Code 35-42-4-4 (b)(1), (Child Exploitation/Production of A Digitized Image

that Includes Sexual Conduct by a Child under 18 years of Age) and attempted to do so.

B. **Count 2: Sexual Exploitation of a Minor: 18 U.S.C. § 2251(a)**: Between on or between July 2021, and on or about September 2022, within the Southern District of Indiana, **Austin Ryan Lauless** did knowingly employ, use, persuade, induce, entice, or coerce Minor Victim 1, a child who is less than 18 years of age, to engage in sexually explicit conduct for the purpose of creating a visual depiction of such conduct, knowing or having reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed and attempted to do so.

**PRESENT INVESTIGATION AND PROBABLE CAUSE**

6. On September 23, 2022, officers with the Zionsville Police Department were dispatched to an address in Zionsville, Indiana, to interview a caller who had been made aware of a video posted to Twitter depicting a local 15 year old female.

According to the caller, she had viewed the video on Twitter and recognized the minor child to be Minor Victim 1 ("MV1") whom the caller knows personally.

    7.     MV1 is a child living in Zionsville who was born in April 2007.

    8.     Zionsville, Indiana is in the Southern District of Indiana.

    9.     Officers contacted Detective Thomas Beard ("Det. Beard") of the Zionsville Police Department. Det. Beard instructed the officers to view the video with their body cameras activated so that it could preserved in a secure manner, and they followed his instructions.[1]

    10.    Det. Beard and I have reviewed the officers' body worn camera video and observed a video depicting MV1 engaged in sexually explicit conduct. Based on my training and experience, the video constitutes child sex abuse material (referred to by federal statute as child pornography) in that it depicts MV1's genitals, including her vagina.

    11.    In September 2022, MV1 was forensically interviewed at a child advocacy center. During the interview, MV1 disclosed the following information:

  A. According to MV1, she met a male online using the social media application Snapchat in or around May 2021. At this time she lived near St. Louis, Missouri and was 14 years' old.

---

[1] Det. Beard was familiar with Twitter, and knew that videos posted on Twitter could be deleted or removed before officers would be able to obtain a search warrant on the account. Accordingly, to preserve evidence of a potential crime against a child, he instructed officers to use their body cameras to memorialize what had been posted.

B. During their messaging, the male identified himself as "Cason Frederickson," who claimed to be a 16-17 year old male living in New York (officers have since identified the male as **Lauless**).

C. The male identifying himself as "Cason" sent MV1 images of a young male claiming that the images depicted him.

D. Eventually, MV1 and "Cason" began communicating on the Discord application. MV1 stated that the male's Discord profile picture depicted the same male from whom she received images over Snapchat.

E. "Cason" began asking MV1 for sexually explicit images, which she produced and sent to him.

F. According to MV1, when she told "Cason" that she wanted to stop creating/sending the sexually explicit images, "Cason" threatened to disseminate the content if she didn't comply.

G. MV1 provided the male's Discord account name of "Apophis" and her Discord account name of "kittennnnXX" (redacted, but known to the affiant).

H. According to MV1, "Cason" used the Discord application to direct her to perform sexual acts, including what to say and the specific items of clothing she should wear.

I. According to MV1, she did not want to comply, but Cason threatened to disseminate her sensitive images and videos if she failed to send new material.

J. While still living in Missouri, MV1 gave "Cason" her physical address. "Cason" then mailed MV1 at least one package via the United States Postal Service. The package contained sex toys, clothing, accessories (wigs, eyelashes), which he told MV1 he wanted her to wear in the videos she produced at his direction. MV1 recalled that the return address indicated that the package had been sent by "Austin Frederickson."

K. After moving to a residence in Zionsville, Indiana, which is within the Southern District of Indiana, MV1 began a relationship with a local juvenile male.

L. According to MV1, "Cason" wanted MV1 to record herself engaging in sexual acts with her juvenile boyfriend, but she refused to do so.

M. MV1 stated that after she moved to Zionsville, "Cason" continuously messaged her demanding more sexually explicit material. When MV1 stopped communicating with "Cason" he began messaging individuals whom MV1 knows personally.

12. On October 3, 2022, Det. Thomas Beard was authorized to search the content and account information for the Discord account under the username "Apophis" by Boone County Judge Matthew Kincaid (06D01-2210-MC-001793).

13. Discord, Inc. responded with billing information, as well as a log of Internet Protocol Addresses (IP addresses). This information yielded the following information:

  A. User's Name: **Austin Lauless**

  B. Address: 501 South Broadway Street, #208 Joshua, Texas 76058

  C. Phone Number: 817-404-8074

  D. IP Address: 108.160.176.70

  E. Verified email address: zer0graphicarts@gmail.com

  F. Payment type: Visa ending in 4060

14. Snapchat is a social networking website and Discord is a VoIP and instant messaging social platform. Snapchat and Discord operate over the Internet, and are facilities of interstate commerce.2

**Discord Messages between the Account Apophis (Lauless) and MV1**

15. I have reviewed the Discord messages between **Lauless** (using the account "Apophis") and MV1 (using the account "kittennnnXX"). As set forth in more detail below, in the Discord messaging, **Lauless** demanded sexually explicit images and videos depicting MV1, and instructed MV1 on precisely what she should do in the images and videos.

16. According to the search warrant return, the messages begin on May 30, 2021, and end on September 29, 2022.

17. On or about July 2021, MV1's family moved to a residence in Zionsville which is within the Southern District of Indiana.

---

2 VoIP is Voice Over Internet Protocol, a method and group of technologies for the delivery of voice communications and multimedia sessions over Internet Protocol networks, such as the Internet.

18. The following are examples of messages between MV1 and **Lauless**, using the Discord account "Apophis," that occurred while MV1 lived within the Southern District of Indiana:

A. On September 28, 2021, at 02:40:52, **Lauless** messaged MV1 stating that he wanted "some pics and videos in the fishnet outfit I got you."

B. The following messages begin on November 15, 2021 at 23:43:42 and end on the same day at 23:46:57:

**Lauless** (using the account Apophis) – "why did you delete me"

MV1 – "because I want to rid of"

Apophis - "what"

MV1– "I don't want to do this"

Apophis – "I don't care"

MV1 – "no"

Apophis - "you want your friends to find out"

MV1 – "no"

Apophis – "you sure…hmm?"

MV1 – "yes I am sure"

Apophis – "are you going to listen then?"

MV1 – "I guess"

Apophis – "I just want 30 more videos…then you can block me…everywhere"

MV1 – "thirty"

Apophis – "you've been bad. You deleted me. Didn't follow through last time"

C. The messages from **Lauless** to MV1 on November 15, 2021 continued:

"you have 20 mins. I want at least 5 vids. Make them at least 3 mins each. I'm not gonna tell you what to do. You know what I like. Fuck yourself. Strip. Be cute and sexy. Use your fishnets and stuff too"

"make two in the shower…send those and I'll give you 15 mins to shower…ok"

"try to talk in them too…call me daddy and stuff"

D. On November 16, 2021, **Lauless** messaged MV1:

"Make 2, then study, then make the other 3…different positions too…and talk to me a lot…doggy with your back arched really good…another cute outfit strip and then fuck yourself hard…sideways too… do your makeup cute too please."

E. On November 17, 2021, **Lauless** told MV1 to "wear your pink socks and paci (pacifier)…so paci, long pink socks, on your knees, rubbing your pussy and age play and daddy talk. Oki?"

F. On November 19, 2021, **Lauless** sent MV1 links to the pornographic website "PornHub," seemingly to give MV1 ideas for her own videos.

G. On January 17, 2022, **Lauless** asked MV1, "you're not open to fucking your boyfriend." MV1 stated that she did not want to do that, and **Lauless** asked, "would you let me watch you suck his dick?"

H. During the messages, **Lauless** coerced MV1 to continue to produce sexually explicit images and videos of herself, and included how many videos he wanted, and what she had to do during the videos.

I. On March 7, 2022 at 19:12:29, **Lauless** told MV1 to "put on some sexy music and very slowly strip naked, then tease a bit, then finger yourself in different positions, and then finish off by fucking yourself with your brush."

J. In the messages, MV1 indicates that she knows that sexually explicit videos and images of her are online and that people at her school are talking about them.

19. On October 11, 2022, Det. Thomas Beard was granted a subpoena (06C01-2210-MC-001818) by Boone County Judge Lori Schein for the suspect's (now identified as **Lauless**) IP address records for 108.160.176.70 for the time period April 8, 2022 to September 29, 2022.

20. According to the returns, the IP address was serviced by Alenco Communications in Joshua, Texas. Alenco responded with subscriber information, which identified the account owner as the Motel 6 in Joshua, Texas. The address listed for the Motel 6 (501 South Broadway Street in Joshua) was the same as **Lauless**' address through the Discord return.

21. This affiant requested and received a subpoena for Motel 6 d/b/a/ G6 Hospitality LLC for the following information: Any and all guest information for **Austin Ryan Lauless** at the Motel 6 located at 501 South Broadway St Joshua, TX 76058 including but not limited to: Date(s) of stay, room number(s), method(s) of payment, phone number, email address, vehicle information, other guests staying with him.

22.     On April 28, 2023 this affiant received contents of the response. Below is a summary of the response: **Austin Lauless** was a registered guest at the Motel 6 located at 501 South Broadway St Joshua, TX76058 from January 5, 2021 to March 11, 2023. From January 5, 2021, through February 10, 2023, **Lauless** was in room 208. Payment type for several segments of his stay was a Visa ending in 4060 and Visa ending in 3115. The contact number for **Lauless** is listed on each guest folio as 817-404-8756.

### Interview of Minor Victim 1

23.     On April 17, 2023, Det. Beard and I interviewed MV1. I showed MV1 approximately 50 videos contained in Cybertip #141191376. MV1 identified herself in each video and specified whether the video was produced in the Southern District of Indiana or Missouri. MV1 stated that each of these videos was produced by her in response to a request/demand from "Apophis".

24.     According to MV1, at least 20 of the 50 videos were produced when she was a resident of the Southern District of Indiana.3  I have confirmed through her parents that MV1 and her family moved to the Southern District of Indiana in or about July 2021.

25.     MV1 also stated that she had received a package from "Cason" while she was living in Missouri. The package contained a sex toy (Dildo), fishnet stockings, eyelashes and pacifiers. Apophis directed MV1 to wear and use the items in various videos.

---

3 Minor Victim 1 was able to tell by the background depicted in the images and videos from which location she produced the video or image at Lauless' request.

**Google Account zer0graphicarts@gmail.com Used by Lauless**

26. On April 1, 2023, I received authorization from the Marion Superior Court under cause number 49036-2304-MC-009283 to search the Google E-mail address Zer0graphicarts@gmail.com which was provided as the verified email address for the Apophis Discord account.

27. On April 24, 2023, I received the contents of the search warrant return from Google. While still under review, below is a summary of my initial observations:

A. I observed an image depicting a Texas driver's license for **Austin Ryan Lauless.**

B. There are dozens of images of a male this affiant recognizes as **Austin Ryan Lauless**.

C. There is a screenshot of an apartment lease in the name of **Austin Lauless.**

D. The Google subscriber information lists a phone number of 817-404-8756 (the same number provided by Motel 6).

E. There are hundreds of images and videos depicting females that are not yet fully identified, but whom I believe to be minors engaged in sexually explicit conduct that are similar to those I've seen of MV1, including images and videos depicting females wearing black fishnet stockings and using sex toys and pacifiers.

F. Some of the images are shown in collage form in screenshots that depict a female, a menu, and a price and the words, "DM for premium content" visible. I

have seen several of the sexually explicit images and videos that are depicted within the collage images in the Google return.

G. Some of the collages also have a CashApp account of $zzblehzz listed.[4]

H. There are also screen shots of orders placed for sex toys and lingerie, including a screen shot depicting an order for a sex toy and the name and delivery address of a Minor Victim 3 (see further discussion below). I believe that this is consistent with the criminal tradecraft **Lauless** employed with MV1.

I. There are also multiple screen shots of online profiles of unidentified females that I believe are from the Discord and Yubo applications. Yubo is a French social media App that allows users to Chat, play games and live stream.

J. I also observed screen shots of Instagram and Snapchat profiles breh_ur_fuct and formix_official, respectively. These profiles are addressed below and in reference to Minor Victim 2.

K. Google Pay transactions show dozens of transactions using Visa cards ending in 3115 and 4060 (the same provided by Motel 6).

L. The IP address used for dozens of these transactions is 108.160.176.70. This is the same IP address for the Discord account for the username "Apophis." The subscriber information for this IP address identified the account owner as the Motel 6 in Joshua, Texas referenced above.

---

[4] Law enforcement is in the process of obtaining data from CashApp. This investigation is ongoing.

M. Further, I observed multiple images and videos of MV1 depicting MV1 engaged in sexually explicit conduct with her genitals visible, including videos that appear to have been recorded by **Lauless** through Discord.

N. In these videos, a voice modulator is visible on the screen. Based on my observation, it appears in the videos that MV1 is listening to someone and acting on their instructions.

O. A description by this affiant of one of these videos is: **MNML-October6-103422PM-1hbxwrtepcpqq.mp4** is a 13 minute video of MV1. She is speaking and listening to someone on screen. MV1 is fully clothed at the beginning. She initially removes her sweatshirt, then her pants and underwear. She then lays on her back with her vaginal area exposed directly in front of the camera. MV1 then rubs and inserts her fingers into her vaginal opening. This affiant knows MNML is a common screen recorder used on Android devices. The naming convention and artifacts lead this affiant to believe this video was recorded by **Lauless** on October 6, 2021 when MV1 was a resident of the Southern District of Indiana. At the end of the video, a Discord list of users can be seen. The highlighted username is the username of MV1. This indicates to this affiant that the video was recorded by the person with whom MV1 was communicating. Based on statements by MV1 and the fact that this video was found in a Google account believed to belong to **Lauless**, this affiant believes it is probable that **Austin Lauless** recorded and maintained the video. Further, I have reviewed the video and it constitutes a video depicting Minor Victim 1 engaged in sexually explicit conduct, and meets the federal definition of child pornography.

## Additional Cybertips and Distribution of Sexually Explicit Images and Videos of MV1

28. Between October 2022, and May 2023, Indiana ICAC received at least 9 Cybertips from the National Center for Missing and Exploited Children that include images and videos of MV1 engaged in sexually explicit content. These Cybertips originated from Internet Service Provider's Twitter and Instagram. They include videos this affiant has also seen in the Google return for zer0graphicarts@gmail.com.

29. According to MV1, she produced the videos depicted in the Cybertips at the request/demand of "Apophis" (**Lauless**). Lauless frequently threatened to distribute the images and videos she produced according to his demands on many occasions.

30. Additionally, I have observed still images of collage photos of MV1 with prices superimposed over on top of the collages.

31. The Zionsville Police Department has been contacted by multiple law enforcement agencies from multiple states reporting videos and images of MV1 in other offender's collections. At least one offender has referenced MV1 by name. MV1 is easily identifiable in some of the videos because the clothing she is wearing shows the school she attends.

32. Accordingly, I believe that **Austin Lauless** distributed the child pornography he produced, coerced/requested from MV1.

### Lauless Exploits Minor Victims 2 and 3

33. During this investigation, I learned of an existing investigation involving **Austin Ryan Lauless** in Michigan. On April 5, 2023, I spoke to Sergeant Joshua Thomas ("Sgt. Thomas") of the Kent County, Michigan Sheriff's Department.

34. Sgt. Thomas shared the following information via verbal communication and his agency's report:

35. In April 2020 Sgt. Thomas conducted an investigation involving a minor female, herein referred to as Minor Victim 2 (MV2), who was born in 2003. According to MV2, in early 2020 when she was 17, she was communicating via Snapchat with a male who then asked to follow her on Instagram. During their chats, the male asked for one nude image of MV2 from "head to toe." After MV2 sent an image, the male asked for more sexually explicit images and videos of MV2 and threatened to disseminate what he had already received if she didn't comply.

36. MV2 estimated she produced approximately 20 sexually explicit images/videos at the male's instructions and distributed the images and videos to him at his request.

37. According to MV2, the suspect's Instagram and Snapchat usernames were breh_ur_fuct and formix_official, respectively.

38. According to Sgt. Thomas, he obtained authority to search the suspect's user accounts listed above. The Instagram return breh_ur_fuct contained multiple images and videos on MV2 with her genitalia exposed. It also shows a subscriber

verified phone number of 817-404-8756. This is the same number as provided by Motel 6.

39. A search warrant issued to T-Mobile for 817-404-8756 showed the subscriber as **Austin Lauless** in Moulton, Texas.

40. In May 2020, after MV2 had blocked the suspect on all social media, a female family member of MV2 received an Instagram friend request for "Cason Fredrickson," who stated he was an old friend of MV2.

41. Cason Fredrickson is the name used by the person that was communicating with MV1 on Instagram.

42. In September 2020, Sgt. Thomas spoke with **Austin Lauless** via telephone. The interview was not recorded, and Lauless was not Mirandized. **Lauless** admitted communicating via Snapchat with MV2 and knowing she was a minor. **Lauless** further admitted to requesting nude photos from MV2. According to Lauless' admissions, when MV2 wanted to stop sending sexually explicit images of herself, **Lauless** demanded more and threatened to share the images he had of her.

43. Additionally, I observed an image of an online order confirmation in the search warrant return of zer0graphicarts@gmail.com. The item ordered was a sex toy and showed a female's name and partial address for delivery. Det. Beard was able to identify and locate the female, herein referred to as Minor Victim 3, who was born in 2004, and lived in Florida at the time of the offenses.

44. On May 8, 2023, Det. Beard and I interviewed MV3 via Facetime and learned the following information: MV3, who is now 19 years' old stated that she met

a male named "Cason" online using the YUBO app when she was 16 years old. Most of their communication was through Discord where "Cason's" username was Apophis. Over the course of several months, "Cason" requested/demand dozens of sexually explicit images and videos of MV3. He sent MV3 a package containing fishnet stocking, thigh high stocking, a dildo, pacifiers and eyelashes and directed her wear various items and use the sex toy in various videos. This affiant has seen MV3 via FaceTime and recognizes her in multiple videos located in the google return of zer0graphicarts@gmail.com. These videos constitute child pornography under federal law.

### Identification and Location of Lauless

45. This affiant knows Austin Lauless was on probation in Texas and residing in Joshua, Texas until his probation ended in March 2023. This affiant has information which leads me to believe **Lauless** has relocated to the State of Colorado.

### Interstate Commerce and Venue

46. This affiant knows Snapchat, Discord, Yugo, Google and Instagram servers are not maintained in the State of Indiana, and the communications and content therefore travelled via interstate commerce.

47. After July 2022. **Lauless**' conduct with Minor Victim 1, occurred in the Southern District of Indiana.

48. **Conclusion:** Based upon the contents of this Affidavit, there is probable cause to believe that **Austin Ryan Lauless** has committed the above listed offenses. I respectfully request that the Court issue a Criminal Complaint and Arrest Warrant for **Austin Ryan Lauless** charging him with the offenses listed above.

   /s/ Darin Odier
Task Force Officer Darin Odier
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim P. 4.1 by telephone.

Dated: May 18, 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana