UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| V. | ) CAUSE NO. 1:23-mj-00403-MJD |
| AUSTIN RYAN LAULESS, | ) ) ) |
| Defendant. | ) |

MOTION FOR A 90-DAY EXTENSION OF
TIME TO FILE INDICTMENT

The United States of America, by counsel, Zachary A. Myers, United States Attorney, and Tiffany J. Preston, Assistant United States Attorney, requests an additional 90 days in which to present this case to a federal grand jury for indictment. In support of this request, the government proffers the following:

1.  On May 19, 2023, the defendant was arrested in the District of Colorado on a Criminal Complaint charging him with Coercion and Enticement of a Minor, in violation of Title 18 U.S.C. § 2422(b) and Sexual Exploitation of a Minor, in violation of 18 U.S.C. § 2251(a).

2.  On May 22, 2023, the Defendant appeared on a Rule 5 hearing in the District of Colorado before the Honorable Judge Kristen L. Mix, Magistrate Judge. During the hearing, the defendant was present, and advised of his rights, and counsel was appointed. Defendant waived his Rule 5 proceedings, and the waiver was accepted. Defendant was ordered committed to the Southern District of Indiana, and the Court ordered he be detained and transported by the U.S. Marshal Service.

3.       The defendant arrived in the Southern District of Indiana on June 14, 2023.

4.       Counsel for the government seeks a 90-day extension of the time period to obtain an indictment, understanding that an extension would be mutually beneficial to the parties and to the public.

For the reasons above, the United States respectfully request an order from the Court authorizing an extension of the time in which an indictment or information must be returned in this matter to and including 8/17/2023.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:   /s/ Tiffany J. Preston
        Tiffany J. Preston
        Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that June 16, 2023, a copy of the foregoing Agreed Motion for a 60-day Extension of Time to File Indictment was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:  /s/ Tiffany J. Preston
Tiffany J. Preston
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333