UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. 1:23-mj-00403-MJD |
| ) | |
| AUSTIN RYAN LAULESS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the United States' motion to extend the time period in which to return an indictment in this matter.

Having reviewed the motion, the Court finds that a period of delay not to exceed February 13, 2024 is warranted and thus excludable pursuant to Title 18, United States Code, Section 3161(h).

The Court also finds that the ends of justice will be served by granting this continuance and outweigh the best interests of public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED, that any indictment or information in this cause be filed by February 13, 2024. It is further ordered that the period of delay from the filing of the motion to and including February 13, 2024, be excluded from the Speedy Trial Act computation.

Distributed electronically to Registered Counsel of Record

United States Probation
United States Marshal's Service